[No. 13458-6-II.   Division Two.   February 20, 1992.]

MARGARET H. MURPHY, *Appellant*, v. MONTGOMERY ELEVATOR COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 88-2-04362-6, Bruce W. Cohoe, J., entered November 21, 1989. *Affirmed* by unpublished opinion per

Petrich, C.J., concurred in by Morgan and Seinfeld, JJ. Now published at 65 Wn. App. 112.